UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT CASEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:12-cv-02558-JAR-DJW |
| | ) |
| COAST PROFESSIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, the Plaintiff, ROBERT CASEY, by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, COAST PROFESSIONAL, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 23rd day of October, 2012.

THE PROBST LAW FIRM, P.A.

BY:    /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS 66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com